Philip L. Pillsbury, Jr. (SBN 72261)
Kevin P. Montee (SBN 223822)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

**Attorneys for Defendant,**
**KAJIMA DEVELOPMENT CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a The Travelers Indemnity Company of Illinois, a Connecticut Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CROW CANYON DEVELOPERS, LTD., a California Limited Partnership, KAJIMA DEVELOPMENT CORP., a Delaware Corporation, REYNOLDS C. JOHNSON ENTERPRISES, a dissolved California Corporation, THE STRINGER GROUP, LP, a California Limited Partnership, CEDAR GROVE APARTMENTS, LP, d/b/a Promontory View, a California Limited Partnership And DOES 1-10,<br><br>Defendants. | Case No.  C 05 2856SC<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>ORDER |

This stipulation is made by and between plaintiff Travelers Property Casualty Company of America ("Travelers"), by and through its counsel Hinshaw & Culbertson, defendant Kajima Development Corporation ("KDC"), by and through its counsel Pillsbury & Levinson, defendant

| | |
|---|---|
| 1 | Reynolds C. Johnson Enterprises ("Reynolds") and defendant The Stringer Group ("Stringer"), by |
| 2 | and through their counsel Sproul Trost, LLP |

WHEREAS Travelers served KDC and Crow Canyon with a summons and complaint in the above-captioned matter on July 18, 2005.

WHEREAS Travelers served Reynolds and Stringer with a summons and complaint in the above-captioned matter on July 28, 2005.

IT IS HEREBY AGREED that the deadline by which Crow Canyon Developers, Ltd., KDC, Reynolds, and Stringer must answer or otherwise responsively plead has been extended to August 22, 2005.

Dated: August _____, 2005                             HINSHAW & CULBERTSON, LLP


By: _____
    Anne D. O'Niell
    Counsel for Travelers Property Casualty
    Company of America


Dated: August _____, 2005                             SPROUL TROST LLP


By: _____
    Thomas G. Trost
    Counsel for Reynolds C. Johnson
    Enterprises and The Stringer Group


Dated: August  9 , 2005                               PILLSBURY & LEVINSON, LLP


By: _____
    Philip L. Pillsbury, Jr.
    Attorneys for Kajima Development
    Corporation

Reynolds C. Johnson Enterprises ("Reynolds") and defendant The Stringer Group ("Stringer"), by and through their counsel Sproul Trost, LLP

WHEREAS Travelers served KDC and Crow Canyon with a summons and complaint in the above-captioned matter on July 18, 2005.

WHEREAS Travelers served Reynolds and Stringer with a summons and complaint in the above-captioned matter on July 28, 2005.

IT IS HEREBY AGREED that the deadline by which Crow Canyon Developers, Ltd., KDC, Reynolds, and Stringer must answer or otherwise responsively plead has been extended to August 22, 2005.

Dated: August 12, 2005

HINSHAW & CULBERTSON, LLP

By: _Anne D. O'Niell_
Anne D. O'Niell
Counsel for Travelers Property Casualty Company of America

Dated: August ___, 2005

SPROUL TROST LLP

By: _____
Thomas G. Trost
Counsel for Reynolds C. Johnson Enterprises and The Stringer Group

Dated: August 9, 2005

PILLSBURY & LEVINSON, LLP

By: _____
Philip L. Pillsbury, Jr.
Attorneys for Kajima Development Corporation

-2-

1  Reynolds C. Johnson Enterprises ("Reynolds") and defendant The Stringer Group ("Stringer"), by
2  and through their counsel Sproul Trost, LLP.
3      WHEREAS Travelers served KDC and Crow Canyon with a summons and complaint in the
4  above-captioned matter on July 18, 2005.
5      WHEREAS Travelers served Reynolds and Stringer with a summons and complaint in the
6  above-captioned matter on July 28, 2005.
7      IT IS HEREBY AGREED that the deadline by which Crow Canyon Developers, Ltd., KDC,
8  Reynolds, and Stringer must answer or otherwise responsively plead has been extended to August 22,
9  2005.

10  Dated: August ____, 2005                    HINSHAW & CULBERTSON, LLP

                                                By: _____
                                                    Anne D. O'Niell
                                                    Counsel for Travelers Property Casualty
                                                    Company of America

16  Dated: August 18, 2005                      SPROUL TROST LLP

                                                By: _____
                                                    Thomas G. Trost
                                                    Counsel for Reynolds C. Johnson
                                                    Enterprises and The Stringer Group

21  Dated: August 9, 2005                       PILLSBURY & LEVINSON, LLP

                                                By: _____
                                                    Philip L. Pillsbury, Jr.
                                                    Attorneys for Kajima Development
                                                    Corporation

*[Filed stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 8/24/05, Judge Samuel Conti]*

-2-