1  Philip L. Pillsbury, Jr. (SBN 72261)
2  Vedica S. Puri (SBN 176252)
   Kevin P. Montee (SBN 223822)
3  PILLSBURY & LEVINSON, LLP
   600 Montgomery Street, 31st Floor
4  San Francisco, CA 94111
5  Telephone: (415) 433-8000
   Facsimile: (415) 433-4816
6
   Attorneys for Defendant,
7  CROW CANYON DEVELOPERS, LTD. and
   KAJIMA DEVELOPMENT CORPORATION
8

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | THE TRAVELERS PROPERTY       ) Case No. C 05 2856SC
   | CASUALTY COMPANY OF AMERICA, )
13 | f/k/a The Travelers Indemnity Company of )
   | Illinois, a Connecticut Corporation )
14 |                               )
15 |              Plaintiff,       ) STIPULATION TO EXTEND
   |                               ) RESPONSIVE PLEADING DEADLINE
16 |      vs.                      )
   |                               )
17 | CROW CANYON DEVELOPERS, LTD., a )  ORDER
18 | California Limited Partnership, KAJIMA )
   | DEVELOPMENT CORP., a Delaware )
19 | Corporation, REYNOLDS C. JOHNSON )
   | ENTERPRISES, a dissolved California )
20 | Corporation, THE STRINGER GROUP, LP, a )
21 | California Limited Partnership, CEDAR )
   | GROVE APARTMENTS, LP, d/b/a  )
22 | Promontory View, a California Limited )
23 | Partnership And DOES 1-10,    )
   |                               )
24 |              Defendants.      )

25

26       This stipulation is made by and between plaintiff Travelers Property Casualty Company of
27 America ("Travelers"), by and through its counsel Hinshaw & Culbertson, and defendants Crow
28

| | |
|---|---|
| 1 | Canyon Developers, LTD. ("Crow Canyon") and Kajima Development Corporation ("KDC"), by and |
| 2 | through their counsel Pillsbury & Levinson, LLP. |
| 3 | WHEREAS Travelers served KDC and Crow Canyon with a summons and complaint in the |
| 4 | above-captioned matter on July 18, 2005. |
| 5 | IT IS HEREBY AGREED that the deadline by which Crow Canyon and KDC must answer or |
| 6 | otherwise responsively plead has been extended to August 26, 2005. |

Dated: August 24, 2005

HINSHAW & CULBERTSON, LLP

By: *Anne O'Niell*
Anne D. O'Niell
Counsel for Travelers Property Casualty
Company of America

Dated: August 24th, 2005

PILLSBURY & LEVINSON, LLP

By: *[signature]*
Vedica S. Puri
Attorneys for Crow Canyon Developers, Inc.
and Kajima Development Corporation



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Samuel Conti
8/26/05