Philip L. Pillsbury, Jr. (SBN 72261)
Vedica S. Puri (SBN 176252)
Kevin P. Montee (SBN 223822)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

**Attorneys for Defendant,**
**KAJIMA DEVELOPMENT CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a The Travelers Indemnity Company of Illinois, a Connecticut Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CROW CANYON DEVELOPERS, LTD., a California Limited Partnership, KAJIMA DEVELOPMENT CORP., a Delaware Corporation, REYNOLDS C. JOHNSON ENTERPRISES, a dissolved California Corporation, THE STRINGER GROUP, LP, a California Limited Partnership, CEDAR GROVE APARTMENTS, LP, d/b/a Promontory View, a California Limited Partnership And DOES 1-10,<br><br>Defendants. | Case No. C 05 2856SC<br><br>**STIPULATION TO EXTEND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>DATE:  October 14, 2005<br>TIME:  10:00 a.m.<br>JUDGE:  Senior Judge Samuel Conti<br>COURTROOM:  1<br><br>ORDER |

This stipulation is made by and between plaintiff Travelers Property Casualty Company of America ("Travelers"), by and through its counsel Hinshaw & Culbertson, and defendants Crow

---
- 1 -
STIPULATION TO EXTEND HEARING DATE AND BRIEFING SCHEDULE    CASE NO. C052856SC

1  Canyon Developers, Ltd. ("CCD") and Kajima Development Corporation ("KDC"), by and through

2  their counsel Pillsbury & Levinson, LLP.

3      WHEREAS CCD and KDC filed a motion to dismiss, originally scheduled for hearing on

4  September 30, 2005.

5      IT IS HEREBY AGREED that the hearing on Defendants' motion to dismiss will now be

6  heard on October 14, 2005 at 10:00 A.M. in Courtroom 1 before the Honorable Judge Conti.

7      IT IS FURTHER AGREED that the briefing schedule for Defendants' motion to dismiss will

8  be adjusted in accordance with the new hearing date such that Plaintiff's opposition shall be filed and

9  served no later than September 23, 2005, and Defendants' reply shall be filed and served no later than

10 September 30, 2005.

12 Dated: September  6 , 2005

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature — Judge Samuel Conti]

18 Dated: September 2, 2005            HINSHAW & CULBERTSON, LLP

20                                      By: _____Anne O'Niell_____
                                            Anne D. O'Niell
21                                          Counsel for Travelers Property Casualty
                                            Company of America

23 Dated: September 2, 2005            PILLSBURY & LEVINSON, LLP

25                                      By: _____ for Vedica S. Puri
                                            Vedica S. Puri
26                                          Counsel for Crow Canyon Developers, Ltd.
27                                          and Kajima Development Corporation

-2-
STIPULATION TO EXTEND HEARING DATE AND BRIEFING SCHEDULE          CASE NO. C052856SC