| | |
|---|---|
| 1 | Jeffery L. Borsuk   SBN 105069 |
|   | Edward D. Barron   SBN 191326 |
| 2 | BORSUK & ASSOCIATES |
|   | 1600 South Main Plaza, Suite 195 |
| 3 | Walnut Creek, California 94596 |
|   | Telephone: (925) 937-4400 |
| 4 | Facsimile: (925) 937-4450 |
| 5 | Attorneys for Defendant |
|   | Cedar Grove Apartments, LP, dba Promontory View, a California Limited Partnership |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a The Travelers Indemnity Company of Illinois, a Connecticut Corporation, | ) | Case No. C 05-2856SC |
| | ) | STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE FOR CEDAR GROVE APARTMENTS |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CROW CANYON DEVELOPERS, LTD., a California Limited Partnership, KAJIMA DEVELOPMENT CORP., a Delaware Corporation, REYNOLD C. JOHNSON, ENTERPRISES, a dissolved California Corporation, THE STRINGER GROUP, LP, a California Limited Partnership, CEDAR GROVE APARTMENTS, LP, d/b/a Promontory View, a California Limited Partnership, and Does 1-10, | ) | |
| Defendants. | ) | |

This stipulation is made by and between plaintiff Travelers Property Casualty Company of America ("Travelers"), by and through its counsel Hinshaw & Culbertson, and defendant Cedar Grove Apartments, LP, d/b/a Promontory View, a California Limited Partnership ("Cedar Grove"), by and through their counsel Borsuk & Associates.

WHEREAS Travelers served Cedar Grove with a summons and complaint in the above-captioned matter on September 4, 2005.

1

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR CEDAR GROVE

IT IS HEREBY AGREED that the deadline by which Cedar Grove must answer or otherwise responsively plead may be extended to October 21, 2005.

HINSHAW & CULBERTSON, LLP

Dated: September ___, 2005

By:_____
Anne D. O'Niell
Counsel for Travelers Property Casualty
Company of America

BORSUK & ASSOCIATES

Dated: September 22, 2005

By _____
Edward D. Barron
Counsel for Cedar Grove Apartments,
LP, dba Promontory View, a California
Limited Partnership

F:\CLIENTS\24009\Travelers\(Travelers) Stip to Extend Responsive Pleading Deadline 092105.wpd

BORSUK & ASSOCIATES
1600 SOUTH MAIN PLAZA
SUITE 195
WALNUT CREEK, CA
94596
TEL: (925) 937-4400
FAX: (925) 937-4450

1  IT IS HEREBY AGREED that the deadline by which Cedar Grove must answer or otherwise
2  responsively plead may be extended to October 21, 2005.

3　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON, LLP

5  Dated: September 21, 2005　　　　　By _____/s/ Anne O'Niell_____
6　　　　　　　　　　　　　　　　　　　　Anne D. O'Niell
　　　　　　　　　　　　　　　　　　　　Counsel for Travelers Property Casualty
7　　　　　　　　　　　　　　　　　　　　Company of America

8　　　　　　　　　　　　　　　　　　　　BORSUK & ASSOCIATES

10 Dated: September ___, 2005　　　　By _____
11　　　　　　　　　　　　　　　　　　　Edward D. Barron
　　　　　　　　　　　　　　　　　　　　Counsel for Cedar Grove Apartments,
　　　　　　　　　　　　　　　　　　　　LP, dba Promontory View, a California
12　　　　　　　　　　　　　　　　　　　Limited Partnership

[SEAL: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti — 9/23/05]

F:\CLIENTS\24009\Travelers\(Travelers) Stip to Extend Responsive Pleading Deadline 092105.wpd

BORSUK & ASSOCIATES
1800 SOUTH MAIN PLAZA
SUITE 195
WALNUT CREEK, CA
94596
TEL: (925) 937-4400
FAX: (925) 937-4450

2
STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR CEDAR GROVE

09/21/05 WED 17:21 [TX/RX NO 8343]

IT IS SO ORDERED.

DATED: _____, 2005    By _____
                                        Judge of the District Court

BORSUK & ASSOCIATES
1600 SOUTH MAIN PLAZA
SUITE 195
WALNUT CREEK, CA
94596
TEL: (925) 937-4400
FAX: (925) 937-4450

3

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR CEDAR GROVE

# CERTIFICATE OF SERVICE

<u>THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA v. CROW CANYON DEVELOPERS, LTD. et al.</u>
U.S. Northern District Court Action No. C 05-2856SC

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. My business address is c/o BORSUK & ASSOCIATES, 1600 South Main Plaza, Suite 195, Walnut Creek, California 94596.

On this date, September 22, 2005, I electronically served the within

**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE FOR CEDAR GROVE APARTMENTS**

as required by the Court's Order re: Electronic Service of Pleadings in this matter, and as performed through ECF on the parties in this action, addressed as follows:

| | |
|---|---|
| **Counsel for Plaintiff, The Travelers Property Casualty Company of America, formerly known as Travelers Indemnity Company of Illinois**<br>Email: aoniell@hinshawlaw.com<br>Anne D. O'Niell, Esq.<br>Hinshaw & Culbertson, LLP<br>244 Jackson Street, Suite 300<br>San Francisco, CA 94111 | **Counsel for Plaintiff, The Travelers Property Casualty Company of America, formerly known as Travelers Indemnity Company of Illinois**<br>Email: rromero@hinshawlaw.com<br>Robert J. Romero, Esq.<br>Hinshaw & Culbertson, LLP<br>244 Jackson Street, Suite 300<br>San Francisco, CA 94111 |
| **Counsel for Defendants, Crow Canyon Developers, LTD., a California Limited Partnership; Kajima Development Corporation, a Delaware Corporation**<br>Email: kmontee@pillsburylevinson.com<br>Kevin Paul Montee, Esq.<br>Pillsbury & Levinson, LLP<br>600 Montgomery Street, Floor 31<br>San Francisco, CA 94111 | **Counsel for Defendant, Reynold C. Johnson, Enterprises a dissolved California Corporation, Stringer Group, LP, a California Limited Partnership**<br>Email: ttrost@sproullaw.com<br>Thomas G. Trost, Esq.<br>Sproul Trost LLP<br>2424 Professional Drive<br>Roseville, CA 95661 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2005, at Walnut Creek, California.

*D. Claire Ricci*
D. Claire Ricci

1

**PROOF OF SERVICE**