| | |
|---|---|
| 1 | HINSHAW & CULBERTSON, LLP |
| | ROBERT J. ROMERO [SBN 136539] |
| 2 | ANNE D. O'NIELL [SBN 120948] |
| | 244 Jackson Street, Suite 300 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 362-6000 |
| 4 | Facsimile: (415) 834-9070 |
| | rromero@hinshawlaw.com |
| 5 | aoniell@hinshawlaw.com |
| 6 | Counsel for Plaintiff, |
| | The Travelers Property Casualty |
| 7 | Company Of America, f/k/a The |
| | Travelers Indemnity Company of |
| 8 | Illinois, a Connecticut Corporation |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a The Travelers Indemnity Company of Illinois, a Connecticut Corporation

    Plaintiff,

vs.

CROW CANYON DEVELOPERS, LTD., a California Limited Partnership, KAJIMA DEVELOPMENT CORP., a Delaware Corporation, REYNOLD C. JOHNSON, ENTERPRISES, a dissolved California Corporation, THE STRINGER GROUP, LP, a California Limited Partnership, CEDAR GROVE APARTMENTS, LP, d/b/a Promontory View, a California Limited Partnership And DOES 1-10

    Defendants

Case No. C05 2856SC

**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT CEDAR GROVE APARTMENTS, LP., WITH PREJUDICE**

JUDGE: Honorable Samuel P. Conti

Fed. R. Civ. Proc. 41(a)(1)

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff wishes to dismiss with prejudice all claims asserted against defendant Cedar Grove Apartments, LP., d/b/a Promontory View, in the above-captioned action.

1

| | | |
|---|---|---|
| 1 | Date: April 4, 2006 | HINSHAW & CULBERTSON, LLP |
| 2 | | |

Date: April 4, 2006                                  HINSHAW & CULBERTSON, LLP

_____
Anne D. O'Niell,
Attorneys for Plaintiff,
The Travelers Property Casualty Company Of
America, f/k/a The Travelers Indemnity Company
of Illinois, a Connecticut Corporation



IT IS SO ORDERED

Judge Samuel Conti

2

Plaintiff's Notice of Dismissal of Defendant Cedar Grove Apartments, LP. – *Travelers Property Casualty Company of America v. Crow Canyon Developers*, Case No. C 02857