Robert J. Romero (SBN: 136539)
Anne D. O'Niell (SBN: 120948)
HINSHAW & CULBERTSON LLP
244 Jackson Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

Attorneys for Plaintiff, The Travelers
Property Casualty Company of America,
f/k/a The Travelers Indemnity Company
of Illinois, a Connecticut Corporation

Philip L. Pillsbury, Jr. (SBN 72261)
Vedica S. Puri (SBN 176252)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31stFloor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Attorneys for Defendants,
Crow Canyon Developers, Ltd. And
Kajima Development Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a The Travelers Indemnity Company of Illinois, a Connecticut Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CROW CANYON DEVELOPERS, LTD., a California Limited Partnership, KAJIMA DEVELOPMENT CORP., a Delaware Corporation, REYNOLD C. JOHNSON, ENTERPRISES, a dissolved California Corporation, THE STRINGER GROUP, LP, a California Limited Partnership, CEDAR GROVE APARTMENTS, LP, d/b/a Promontory View, a California Limited Partnership And DOES 1-10<br><br>Defendants | Case No. C05 2856SC<br><br>**STIPULATION FOR PLAINTIFF'S VOLUNTARY DISMISSAL OF ALL CLAIMS STATED AGAINST DEFENDANTS CROW CANYON DEVELOPERS, LTD. AND KAJIMA DEVELOPMENT CORPORATION, WITH PREJUDICE, AND ~~PROPOSED~~ ORDER**<br><br>FRCP 41 (a)(1)<br><br>Complaint Filed: July 13, 2005 |

---

1

Stipulation for Dismissal
*Travelers v. Crow Canyon Developers*, Case No. C 02857

1  TO THE COURT AND ALL ATTORNEYS OF RECORD:

2      IT IS HEREBY STIPULATED by and between plaintiff, The Travelers Property Casualty
3  Company Of America, f/k/a The Travelers Indemnity Company Of Illinois, A Connecticut
4  Corporation ("Travelers"), and defendants Crow Canyon Developers, Ltd., a California Limited
5  Partnership, and Kajima Development Corp., a Delaware Corporation, through their designated
6  counsel, that all of the claims stated in the above-captioned complaint by Travelers against these
7  defendants, and each of them, shall be and are voluntarily dismissed by the plaintiff with prejudice to
8  its rights, pursuant to FRCP 41 (a)(1). These parties further agree that they shall bear their own
9  respective costs of litigation.

10 IT IS SO STIPULATED:
11 DATED: Nov. 7, 2006          HINSHAW & CULBERTSON LLP
12
13                                                  _____
                                                    Robert J. Romero
14                                                  Anne D. O'Niell
                                                    Attorneys For Plaintiff
15
16 DATED: 11/7/, 2006            PILLSBURY & LEVINSON
17
                                                    _____
18                                                  Phillip Pillsbury
                                                    Vedica Puri
19                                                  Attorneys For Defendants Crow Canyon
                                                    Developers, Inc. and Kajima Development Corp.
20
21
22
23
24
25
26
27
28

**ORDER**

The foregoing Stipulation For Plaintiff's Voluntary Dismissal Of All Claims Stated Against Defendants Crow Canyon Developers, Ltd. And Kajima Development Corporation, With Prejudice is hereby adopted by the Court, which orders that the captioned case against the referenced defendants Crow Canyon Developers, Ltd., a California Limited Partnership, and Kajima Development Corp., a Delaware Corporation, are hereby dismissed with prejudice.

Dated: 11/14/06



Hon. _____
UNITED STATES DISTRICT JUDGE

2950481v1854889