1  ROBERT J. ROMERO (SBN: 136539)
   ANNE D. O'NIELL (SBN: 120948)
2  HINSHAW & CULBERTSON LLP
   244 Jackson Street, Suite 300
3  San Francisco, CA 94111
   Telephone:   (415) 362-6000
4  Facsimile:   (415) 834-9070

5  Attorneys For Plaintiff, The Travelers
   Property Casualty Company of America,
6  f/k/a The Travelers Indemnity Company
   of Illinois, a Connecticut Corporation

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE TRAVELERS PROPERTY CASUALTY  ) Civil Action No. C 0 2856SC
   | COMPANY OF AMERICA, f/k/a THE    )
12 | TRAVELERS INDEMNITY COMPANY      ) [PROPOSED] ORDER REGARDING
   | OF ILLINOIS, A CONNECTICUT       ) PLAINTIFF'S MOTION TO VOLUNTARILY
13 | CORPORATION                      ) DISMISS DEFENDANTS REYNOLD C.
   |                                  ) JOHNSON ENTERPRISES, INC. (A
14 | Plaintiff,                       ) DISSOLVED CALIFORNIA
   |                                  ) CORPORATION) AND THE STRINGER
15 | vs.                              ) GROUP, LP WITHOUT PREJUDICE
   |                                  )
16 |                                  )
   |                                  )
17 | CROW CANYON DEVELOPERS, LTD., a  ) JUDGE: Honorable Samuel P. Conti
   | California Limited Partnership, KAJIMA ) COURTROOM: 1
18 | DEVELOPMENT CORP., a Delaware    )
   | Corporation, REYNOLD C. JOHNSON, )
19 | ENTERPRISES, a dissolved California )
   | Corporation, THE STRINGER GROUP, LP, a )
20 | California Limited Partnership, Cedar Grove )
   | Apartments, LP, d/b/a Promontory View, a )
21 | California Limited Partnership And DOES 1-10 )
   |                                  )
22 | Defendants                       )
   |_____)
23

24       Plaintiff, The Travelers Property Casualty Company of America, f/k/a The Travelers

25 Indemnity Company of Illinois, a Connecticut Corporation ("Travelers") filed its motion to

26 voluntarily dismiss its claims against defendants The Stringer Group, LP and Reynold Johnson

27 Enterprises, Inc. (a dissolved California corporation), without prejudice, pursuant to the provisions

28 of Fed Rule Civil Proc. 41(a)(2). The motion was set for hearing and consideration before Hon.

Samuel P. Conti, Senior Judge for the United States District Court For The Northern District of California. The hearing was scheduled for January 26, 2007; however, as no opposition was filed by either defendant, the Court took the matter under submission.

After due consideration of the pleadings and evidence filed in support of this motion, the Court has decided to grant Travelers' request to voluntarily dismiss defendants The Stringer Group, LP and Reynold Johnson Enterprises, Inc. (a dissolved California corporation), without prejudice, pursuant to the provisions of Fed Rule Civ. Proc. 41(a)(2).

IT IS SO ORDERED.

Dated: 2/5/07



The Honorable
UNITED STATES DISTRICT JUDGE